No. 78–6440. HENDRICKS v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 78–6444. SMITH v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 78–6445. LINEBARGER v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 78–6446. JENNINGS, AKA ABDULLAH v. OKLAHOMA ET AL. Ct. Crim. App. Okla. Certiorari denied.

No. 78–6449. WEBB v. BALSON, STATE HOSPITAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 78–6451. REEVES v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 78–6453. DAVIS v. BROWN. Sup. Ct. Fla. Certiorari denied.

No. 78–6455. VAN CLIFF v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 78–6461. PLEASANT v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 78–6463. CARTER v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 78–6470. WILLS ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 78–6475. HAUGHEY v. NEW YORK STATE BOARD OF LAW EXAMINERS. Ct. App. N. Y. Certiorari denied.